UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 0 2009

CLERK OF COURT
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. |
| | § § | |
| ROBERT GARCIA | § | |

**INDICTMENT**     **L-09-2609**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about June 19, 2009 in the Southern District of Texas and within the jurisdiction of the Court, **Defendant,**

**ROBERT GARCIA,**

having been previously convicted in the 49th Judicial District Court, Webb County, Texas, of robbery in Cause #2003CRR000443, a crime punishable by imprisonment for a term exceeding one year, and in the 341st Judicial District Court, Webb County, Texas, of aggravated assault with a deadly weapon in Cause #2003-CRM-00780-D3, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm namely, a **Glock Model 23C, .40 caliber pistol, Serial Number**

In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

A TRUE BILL:

**ORIGINAL SIGNATURE
ON FILE**

FOREMAN OF THE GRAND JURY

TIM JOHNSON
UNITED STATES ATTORNEY

*Roberto Ramirez* (signature)

ROBERTO RAMIREZ
Assistant United States Attorney

MA

USA-74-24b
(Rev. 6-1-71)

| LAREDO DIVISION | CRIMINAL DOCKET | L-09-2609 |
| FILE: 09-21438 | NOV 1 0 2009 | |
| INDICTMENT | Filed: _____ Judge: _____ |

ATTORNEYS:

UNITED STATES OF AMERICA         TIM JOHNSON, USA

VS.                              ROBERTO RAMIREZ, AUSA

ROBERT GARCIA

Appt'd Private

MA

**CHARGE:** Ct. 1: Possession of a firearm by a convicted felon
(TOTAL) [18 USC 922(g)(1) & 924(a)(2)]
COUNTS:)
( 1 )

**PENALTY:** 10 Yrs. and/or $250,000.00, $100 Spec Assessment
NOT MORE THAN 3 YR TERM OF SUPERVISED RELEASE

In Jail:

On Bond:                         NAME & ADDRESS
                                 of Surety:
No Arrest:

**PROCEEDINGS:**